UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 08-71-JBC**

**UNITED STATES OF AMERICA,**   **PLAINTIFF,**

V.   **ORDER**

**RICKY BRYANT,**
**MATTHEW BRYANT,**
**DORIS MANN,**
**MELISSA BOOTH,**
**MATTHEW GINTER**, and
**AMANDA MERS,**   **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

Defendants Matthew Bryant and Doris Mann having filed motions to continue trial, and the court being sufficiently advised,

**IT IS ORDERED** that the motions to continue [DE 79 & DE 82] are **GRANTED.**

**IT IS FURTHER ORDERED** that the jury trial scheduled on May 27, 2008, is rescheduled on July 28, 2008, at 9:00 a.m. as to all defendants.

Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court finds that the period of time from the date which otherwise would have been the last date for commencement of trial, until the date of trial is excluded in computing the time under the Speedy Trial Act. As grounds for the continuance, the Court finds that the ends of justice served by granting such motion for continuance outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY

Signed on May 22, 2008